IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KIMBERLY N. TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>    Defendant. | CIVIL ACTION NO.: 2:25-cv-102 |

**O R D E R**

The parties conducted their Federal Rule of Civil Procedure 26(f) conference on August 29, 2025, and submitted a Rule 26(f) report. Doc. 5. However, the Rule 26(f) report does not conform to the Court's standard form, as Local Rule 26.1(b) requires. Local R. 26.1. The correct form can be found at: www.gasd.uscourts.gov under "Forms" and is entitled "Rule 26(f) Report–for use in Judge Wood/Judge Cheesbro cases." The Court **ORDERS** the parties to submit an updated Rule 26(f) report on the proper form **within seven days** of this Order.

**SO ORDERED**, this 10th day of September, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA